**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 18-14118-mdc |
| Juan L. Torres, | Chapter 13 |
| Debtor. | |

**Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, Debtor Juan L. Torres, by and through his attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on June 21, 2018.

2. The plan was confirmed on February 6, 2019.

3. The plan was last modified on June 16, 2020.

4. The Debtor hereby requests that the Eighth Amended Chapter 13 Plan filed as ECF No. 87 be approved by the court and adopted as the confirmed chapter 13 plan.

5. The proposed plan: (i) cures an arrearage of plan payments by increasing the monthly payment amount, and (ii) provides for payment of attorney fees to the Debtor's counsel for post-confirmation services.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in his favor as may be necessary and proper under the law.

Date: November 29, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com