# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Juan L. Torres,

           Debtor.

Case No. 18-14118-mdc

Chapter 13

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128

CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT
BANKRUPTCY GROUP, MSB
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
PHILADELPHIA, PA 19102-1595

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

PGW
Legal Dept. 4th Floor
800 W. Montgomery Avenue
Philadelphia, PA 19122

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Date: November 29, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com