**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                            :Chapter 13
**Juan L. Torres**


    (DEBTOR)                                         :Bankruptcy#18-14118-mdc


<u>PRAECIPE</u>


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

      Kindly withdraw the Motion to Modify Plan document #88, we filed in the above-referenced case on or about November 29, 2023.


DATED: January 15, 2024          <u>/s/ Michael A. Cibik</u>
                                 Michael A. Cibik, Esquire
                                 Cibik Law, P.C.
                                 1500 Walnut Street, Suite 900
                                 Philadelphia, PA 19102
                                 (215) 735-1060