# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14118-AMC |
| Juan L. Torres, | Chapter 13 |
| Debtor. | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (ECF No. 101, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (ECF No. 100) is **approved**.

**Date:**

**Ashely M. Chan**
**Chief U.S. Bankruptcy Judge**