United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14118-amc |
| Juan L. Torres | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 06, 2024 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan L. Torres, 1048 E. Chelten Avenue, Philadelphia, PA 19138-1835 |
| 14125685 | + | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14125687 | + | FDA, Center for Tabacco Products, 10903 New Hampshire Avenue, Silver Spring, MD 20993-0002 |
| 14125690 | + | Michael Shane, Esq., USDA, White Oak 31, Room 4554, 10903 New Hampshire Avenue, Silver Spring, MD 20993-0002 |
| 14125691 | + | National Payment Solutions, PO Box4219, Columbus, GA 31914-0219 |
| 14125692 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14125693 | | PA SCDU, PO Box 69112, Harrisburg, PA 17106-9112 |
| 14125697 | + | Phila. Co Drs, 34 S 11th Street, Room 304, Philadelphia, PA 19107-3623 |
| 14125698 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14125700 | + | Pioneer Credit Recovery, PO Box 306, Perry, NY 14530-0306 |
| 14125703 | + | USDA, Center for Tabacco Products, 10903 New Hanpshire Avenue, Silver Spring, MD 20993-0002 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2024 00:29:51 | Orion (Met-Ed), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14125675 | + | Email/Text: EBNProcessing@afni.com | Dec 07 2024 00:56:00 | Afni, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 14125678 | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14125680 | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14125679 | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | City of Philadelphia, Department of Revenue, P.O. Box 966, Philadelphia, PA 19105 |
| 14793622 | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | City of Philadelphia, School District of Phila, c/o Megan N. Harper, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1595 |
| 14162336 | + | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14125676 | + | Email/Text: ecf@ccpclaw.com | Dec 07 2024 00:55:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14125681 | + | Email/Text: bankruptcy@philapark.org | Dec 07 2024 00:56:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14125682 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2024 00:56:00 | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14125683 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 07 2024 00:56:48 | Convergent Outsoucing, Inc, PO Box 9004, Renton, WA 98057-9004 |
| 14125684 | | Email/Text: bankruptcycourts@equifax.com | Dec 07 2024 00:55:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14125686 | ^ | MEBN | Dec 07 2024 00:08:39 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14125688 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2024 00:55:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14125695 | | Email/Text: bankruptcies@penncredit.com | Dec 07 2024 00:55:00 | Penn Credit Corporation, P.O. Box 1259, Oaks, PA 19456 |
| 14125696 | ^ | MEBN | Dec 07 2024 00:08:56 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14175467 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2024 00:48:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14126588 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2024 00:30:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14125694 | | Email/Text: bankruptcygroup@peco-energy.com | Dec 07 2024 00:55:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14161065 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2024 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14125699 | + | Email/Text: bankruptcy@philapark.org | Dec 07 2024 00:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14125701 | | Email/Text: DASPUBREC@transunion.com | Dec 07 2024 00:55:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14125702 | ^ | MEBN | Dec 07 2024 00:08:39 | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 14125704 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 07 2024 00:55:00 | Verizon Pennsylvania, Bankruptcy Department RMSC, 3900 Washington Street, Wilmington DE 19802-2125 |
| 14125705 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 07 2024 00:30:53 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 14125706 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Dec 07 2024 00:56:00 | Westlake Financial Svc, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14125677 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14125689 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Juan L. Torres help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JUAN L TORRES<br><br>        Debtor | Chapter 13<br><br>Bankruptcy No. 18-14118-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: December 6, 2024**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge